# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| LYNDA HERBERT CAMPBELL,<br><br>      Plaintiff,<br><br>v.<br><br>GENTIVA HEALTH SERVICES, INC.,<br><br>      Defendant. | <br><br><br><br><br><br><br><br><br><br>CA No. 1:15-cv-01133-WBH |

## JOINT STIPULATION OF DISMISSAL OF CLAIMS WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii), Fed. R. Civ. P., Plaintiff Lynda Herbert Campbell and Defendant Gentiva Health Services, Inc., by and through their respective counsel, hereby jointly stipulate to the dismissal with prejudice of all of Plaintiff Herbert Campbell's claims and causes of action in the above-styled case, in their entirety. Each party will bear her or its own attorneys' fees and costs.

Respectfully submitted on December 2, 2015.

| | |
|---|---|
| */s/ Gilda Adriana Hernandez*<br>**THE LAW OFFICES OF GILDA A. HERNANDEZ, PLLC**<br>Gilda A. Hernandez, NCSB #36812<br>315 S. Salem St., Suite 310<br>Apex, NC 27502<br>Phone: (919) 741-8693<br>Fax: (919) 869-1853<br>ghernandez@gildahernandezlaw.com<br><br>**COHEN MILSTEIN SELLERS & TOLL PLLC**<br>Christine E. Webber<br>1100 New York Avenue, N.W. Suite 500, West Tower Washington, DC 20005<br>(202) 408-4600<br>cwebber@cohenmilstein.com<br><br>**BARRETT & FARAHANY, LLP**<br>Amanda A. Farahany,<br>GA Bar No. 646135<br>1100 Peachtree Street, NE,<br>Suite 500<br>Atlanta, GA 30309<br>404-214-0120<br>amanda@bf-llp.com<br><br>*Attorneys for Plaintiff* | */s/ Angelo Spinola*<br>Angelo Spinola<br>Georgia Bar No. 672191<br>aspinola@littler.com<br><br>Anne M. Mellen<br>Georgia Bar No. 558694<br>amellen@littler.com<br><br>Tracey T. Barbaree<br>Georgia Bar No. 036792<br>tbarbaree@littler.com<br>**LITTLER MENDELSON**<br>3344 Peachtree Road N.E., Suite 1500<br>Atlanta, GA  30326.4803<br>Tel: 404.233.0330<br>Fax: 404.233.2361<br><br>*Attorneys for Defendant* |

## Font Certification

The undersigned hereby certifies that this pleading complies with the font requirements of LR 5.1B because the document has been prepared in Times New Roman, 14 point.

## Certificate of Service

I hereby certify that on December 2, 2015, I caused the foregoing *JOINT STIPULATION OF DISMISSAL OF CLAIMS WITH PREJUDICE OF PLAINTIFF HERBERT CAMPBELL* to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to those registered as CM/ECF participants, including Defendant's Counsel of Record as follows:

Angelo Spinola
Littler Mendelson, PC
3344 Peachtree Rd., N.E.
Suite 1500
Atlanta, GA 30326-4803
(404) 760-3973
aspinola@littler.com

Tracey Barbaree
Littler Mendelson, PC
3344 Peachtree Rd., N.E.
Suite 1500
Atlanta, GA 30326-4803
(404) 760-3973
tbarbaree@littler.com

Anne Marsha Mellen
Littler Mendelson, P.C.
3344 Peachtree Rd., N.E.
Suite 1500
Atlanta, GA 30326-4803
(404) 760-3973
amellen@littler.com

*/s/ Gilda A. Hernandez*
Gilda A. Hernandez